SAMUEL KRIDEL and Others, Respondents, v. JACOB BERNSTEIN and Others, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

LOUIS LENTSCHNER, Appellant, v. MILLERGRAND, INC., and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Respondent, v. RICHY CRAIG, JR., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ. [136 Misc. 394.]

JOSEPH BALLASSY, Respondent, v. BALDWIN BOND AND MORTGAGE COMPANY, INCORPORATED, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THERESA GIANNETTI, Respondent, v. THE MORRIS PLAN COMPANY OF NEW YORK and Another, Appellants.—Appeal dismissed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY BOCCIA. Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; O'Malley and Sherman, JJ., dissent.

HENRY D. SAYER, Trustee in Bankruptcy of AMHERST CORPORATION, Bankrupt, Respondent, v. S. W. STRAUS & Co., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, as Trustee, etc., of MARY J. ODELL, Deceased, Appellant, v. LOUISE MEYER and Others, as Executors, etc., of ANNIE MEYER, Deceased, and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Dowling, P. J., dissents.

LOUIS T. STANLEY, Appellant, v. HARRY W. HOWE and Others, Defendants, Impleaded with CHARLES W. HALSEY, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

LOUIS T. STANLEY, Appellant, v. HARRY W. HOWE and Others, Respondents, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

SAM SHAPIRO, Individually and as Administrator, etc., of MARY SHAPIRO, Deceased, Respondent, v. EQUITABLE CASUALTY AND SURETY COMPANY, Also Known as EQUITABLE CASUALTY & SURETY Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

FREDERICK S. SMITH, Respondent, v. COLUMBIA CASUALTY COMPANY, Appellant. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.